ALFONSE C. YANUZZI, *ET AL.*, PLAINTIFFS-PETITIONERS, v. UNITED STATES CASUALTY COMPANY, DEFEND-ANTS-RESPONDENTS.

See same case below: 32 *N. J. Super.* 373.

*Messrs. Rafferty & Blacher* for the petitioners.

*Mr. John C. Stockel* for the respondent.

January 31, 1955.  Granted.

CALVIN MILLER, PLAINTIFF-PETITIONER, v. TRANS OIL CO., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 33 *N. J. Super.* 53.

*Mr. Francis W. Seaman* for the petitioner.

*Mr. Charles A. Rooney* for the respondent.

January 31, 1955.  Granted.